474 A.2d 681

Wiley, Appellant, v. Schuck.

Argued February 8, 1984.  David B. Washington, for appellant;  Donna Schuck, appellee, in propria persona.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Appeal quashed.

April 25, 1984.

474 A.2d 682

Commonwealth v. Darush, Appellant.

Submitted February 9, 1984.  William A. Hebe, for appellant;  Jeffrey E. Leber, District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence is vacated and remanded for sentencing.